UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASMINE BULGER, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

LUCHARITOS CENTER MORICHES, INC. d/b/a LUCHARITOS, LUCHARITOS NATIONAL, LLC d/b/a LUCHARITOS, LUCHARITOS BURRITO BAR, INC., d/b/a LUCHARITOS, BUTTA CAKES INC. d/b/a LUCHARITOS, JENNIFER LAMAINA, and MARC LAMAINA,

                    Defendants.
-------------------------------------------------------------X

ENDORSED ORDER

Docket No. 23-cv-03765 (JMA)(SIL)

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and among the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Jennifer LaMaina, without costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED by and among the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Marc LaMaina, Lucharitos Center Moriches, Inc. D/B/A Lucharitos, Lucharitos National, LLC D/B/A Lucharitos, Lucharitos Burrito Bar, Inc. D/B/A Lucharitos, Butta Cakes Inc. D/B/A Lucharitos, without costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 13, 2024

By: _____
Amit Kumar

Dated: June 20, 2024

By: _____
Sharon N. Berlin

**So Ordered: Date 6/21/2024**
**/s/ Ramón E. Reyes, Jr. U.S.**
**District Judge, E.D.N.Y.**

The Clerk of the Court is directed to close this case.